No. 76–886. UMENTUM v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮

No. 76–937. CHAFFIN ET AL. v. McDONALD ET UX. Ct. App. Tenn. Certiorari denied.

No. 76–1012. MANSFIELD v. SMALL CLAIMS COURT, LOS ANGELES JUDICIAL DISTRICT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–1018. FORT MOJAVE TRIBE v. COUNTY OF SAN BERNARDINO. C. A. 9th Cir. Certiorari denied. ▮

No. 76–1072. VALERIANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1080. DAIGLE v. KANSAS. Sup. Ct. Kan. Certiorari denied. ▮

No. 76–1088. FEDERAL TRADE COMMISSION v. BENEFICIAL CORP. ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 76–1090. COOK v. UNITED STATES; and
No. 76–1267. CRAVERO ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 545 F. 2d 406.

No. 76–1096. LANGELLA v. COMMISSIONER OF CORRECTIONS OF NEW YORK. C. A. 2d Cir. Certiorari denied. ▮

No. 76–1098. MARATHON OIL CO. v. FEDERAL ENERGY ADMINISTRATION ET AL. Temp. Emerg. Ct. App. Certiorari denied. ▮

No. 76–1140. YOUNG ET AL. v. MIDLAND INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1207. WARD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮